**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jackson, Carolyn M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0215** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**503 W. 125th Place**<br>**Chicago, IL**<br>ZIP Code **60628** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.) State type of entity:

**Nature of Business** (Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9   ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ■ Chapter 13

**Nature of Debts** (Check one box)
- ■ Consumer/Non-Business   ☐ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                             **FORM B1**, Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Jackson, Carolyn M.**

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |
|---|

| Location Where Filed: **Northern Dist. of IL** | Case Number: **02-05627** | Date Filed: **2/13/02** |
|---|---|---|

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |
|---|

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

**X**   **/s/ Robert J. Semrad, Jr.**           **October 24, 2005**
    Signature of Attorney for Debtor(s)          Date
    **Robert J. Semrad, Jr.**

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Certification Concerning Debt Counseling
by Individual/Joint Debtor(s)**

■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                     **FORM B1**, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Jackson, Carolyn M.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Carolyn M. Jackson**
Signature of Debtor **Carolyn M. Jackson**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 24, 2005**
Date

### Signature of Attorney

**X** **/s/ Robert J. Semrad, Jr.**
Signature of Attorney for Debtor(s)

**Robert J. Semrad, Jr. 6226455**
Printed Name of Attorney for Debtor(s)

**Robert J. Semrad and Assoicates**
Firm Name

**407 South Dearborn
Suite 400
Chicago, IL 60605**

Address

         **Email: msemrad@robertjsemrad.com**
**312-913-0625  Fax: 312-913-0631**
Telephone Number

**October 24, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*



38505 Country Club Drive Suite 250
Farmington Hills, MI 48331
(800) 504-3396

10/24/2005

Carolyn M Jackson
503 W. 125th Place
Chicago, IL 60628

Dear Carolyn M Jackson,

Thank you for selecting GreenPath for your financial counseling and educational needs. We appreciate your business.

Included in the packet you will find:

1. Your financial assessment which includes your current and proposed budget
2. A customized action plan
3. Your briefing certificate which is valid for 180 days from the date of issue
4. Valuable information about the various options available to you
5. **Budget Smart** software to help you maintain your budget

If you also purchased our pre-discharge education, your Second Chance book and instructions will be sent in a separate package.

Please contact GreenPath at (800) 504-3396 with any additional questions you have.

Your client ID is 2203005. Please have it available when you call.

Sincerely,

Erin Boggs
Certified Financial Counselor



38505 Country Club Drive Suite 250
Farmington Hills, MI 48331
(800) 504-3396

**Bankruptcy Briefing Packet**

prepared by

**GreenPath Debt Solutions**

especially for

CAROLYN M JACKSON

Counselor : ERIN BOGGS

Prepared on : 10/24/2005

**Customer Situation**

**Client Goals:**

Reduce stress:Lifestyle

Reduce debt:Debt

**Reason for Financial Hardship:** Crisis Situation

Client lost husband, had no life insurance, high funeral costs, had to pay debts on her own.

| | |
|---|---|
| **Home in Foreclosure?** No | **Date of Sheriff's Sale:** |
| **Repossession Threatened?** Yes | No dates mentioned, but letters and phone calls. |
| **Client Being Sued?** No | |
| **Can Client Be Garnished?** No | **Status:** |
| **Client Previously Filed for bankruptcy?** Yes | Chapter 7     **Year of Discharge:** 3/12/2001 |

**FINANCIAL SITUATION**

**NET INCOME**

| Income Owner | Income Source | Current | Proposed | Variance |
|---|---|---:|---:|---:|
| Carolyn Jackson | Retirement Income | $127 | $127 | $0 |
| Carolyn Jackson | Other | $350 | $350 | $0 |
| Carolyn Jackson | Full-time Job | $1,200 | $1,200 | $0 |
| **Total** | | **$1,677** | **$1,677** | **$0** |

**HOUSING**

| Debt Type | Creditor | Balance | Current Payment | Proposed Payment | Variance Payment |
|---|---|---:|---:|---:|---:|
| Mortgage | Ageis Mortgage | $125,000 | $540 | $540 | $0 |
| Second Mortgage | Ageis | $25,000 | $239 | $239 | $0 |
| Property Taxes (Ongoing) | City of Chicago | $0 | $153 | $153 | $0 |
| **Total** | | **$150,000** | **$932** | **$932** | **$0** |

**UTILITIES**

| Debt Type | Creditor | Balance | Current Payment | Proposed Payment | Variance Payment |
|---|---|---:|---:|---:|---:|
| Gas / Oil / Propane | People's Energy | $346 | $60 | $60 | $0 |
| Electric | Con Edison | $315 | $58 | $58 | $0 |
| Water | City of Chicago | $0 | $30 | $30 | $0 |
| **Total** | | **$661** | **$148** | **$148** | **$0** |

**FIXED DEBT**

| Debt Type | Creditor | Balance | Current Payment | Proposed Payment | Variance Payment |
|---|---|---:|---:|---:|---:|
| Loan | Amire's Credit | $0 | $399 | $399 | $0 |
| Personal Loan | Aaronson Furniture | $4,500 | $189 | $189 | $0 |
| **Total** | | **$4,500** | **$588** | **$588** | **$0** |

**UNSECURED DEBT**

| Debt Type | Creditor | Balance | Current Payment | Proposed Payment | Variance Payment |
|---|---|---|---|---|---|
| Unsecured | Household | $300 | $7 | $7 | $0 |
| Other | City of Chicago (parking tickets) | $700 | $15 | $15 | $0 |
| **Total** | | **$1,000** | **$22** | **$22** | **$0** |

**Household Expenses**

| Expense Type | Current Amount | Proposed Amount | Variance |
|---|---|---|---|
| Miscellaneous Expense - Doctor Visits | $3 | $3 | $0 |
| Transportation - Gasoline | $80 | $80 | $0 |
| Food - Groceries | $200 | $200 | $0 |
| Clothing - Purchase | $8 | $8 | $0 |
| Insurance - Home / Renters | $60 | $60 | $0 |
| **Total HomeBudget Expenses** | **$351** | **$351** | **$0** |

**FORECAST DEFICIT/SURPLUS----------------------**    $(364)    $(364)    $0

**Assets**

| Type | Value | Lien | Notes |
|---|---|---|---|
| Real Estate | $125,000 | $0 | |
| | **$125,000** | **$0** | |

**Potential for Liquidating Assets:**

**Action Items**

**Type**

- Income:Other - Ask son if he could contribute more.
- Income:Look for higher paying job by 10/30/2005 - Look through paper for higher paying job.



Agency Number :  0805-CC-00054

Certificate Number : BC-2203005-00000523

Bankruptcy Case Number :

# Bankruptcy Briefing Certificate

I CERTIFY that on 10/24/2005, Carolyn Jackson received from GreenPath, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois judicial district an individual briefing conducted by phone that complied with the provisions of 11 U.S.C. § § 109(h) and 111.  A debt repayment plan was not prepared.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This does not certify that you can or should file for bankruptcy.  Those are decisions that can only be made by you with the help of a licensed bankruptcy attorney.

*[signature: Jane E. McNamara]*

Jane E. McNamara
President and CEO
GreenPath, Inc.

\* Individuals who wish to file for bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  See 11 U.S.C. § § 109(h) and 521(b).

```
Aegis Mortgage Corporation
P.O. box 422039
Houston, TX 77242-2039


Aegis Mortgage Corporation
P.O. box 422039
Houston, TX 77242-2039


Americredit Financial Svcs
P.O. Box 961044
Fort Worth, TX 76161-1044


Aronson's Furniture



Aronson's Furniture
3401 W. 47th St.
Chicago, IL 60632


CCA/Credit Pac
700 Longwater Dr
Norwell, MA 02061


City of Chicago -Dept of Revenue
P.O. Box 88298
Chicago, IL 60680


ComEd
Bill Payment Center
Chicago, IL 60668-0001


HF Law
33 N. Lasalle St.
Suite # 1200
Chicago, IL 60602


HF Law
33 N. Lasalle St.
Suite # 1200
Chicago, IL 60602


HSBC
PO Box 1809
Jacksonville, FL 32229
```

```
Med Busi Bur
1480 Renaissance
Suite 400
Park Ridge, IL 60068


NCA


Peoples Energy
Chicago, IL 60687-0001
```