## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| CAROLYN M. JACKSON, | NO. 05-63177 |
| DEBTOR | JUDGE: Sonderby |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents U.S. Bank National Association, successor-in-interest to Wachovia Bank, N.A., as Indenture Trustee for the registered holders of AEGIS Asset Backed Securities Trust 2005-2, Mortgage Backed Notes in your Chapter 13 case number 05-63177. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. As of November 2, 2011 the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 10/2011 – 11/2011 monthly payments at $235.98 each | = $ | 471.96 |
| TOTAL | = $ | 471.96 |

Respectfully submitted,

 /s/ Christopher R. Murphy
U.S. Bank National Association, successor-in-interest to Wachovia Bank, N.A., as Indenture Trustee for the registered holders of AEGIS Asset Backed Securities Trust 2005-2, Mortgage Backed Notes

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301, Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
07-7107

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**